TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00269-CV

Marquis Acquisitions, Inc., Appellant

v.

Texas Kappa Sigma Educational Foundation, Inc., Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT

NO. 96-14495A, HONORABLE PAUL R. DAVIS, JR., JUDGE PRESIDING 

PER CURIAM

 Appellant has filed a motion to dismiss the appeal because the parties have settled their
dispute. We grant its motion and dismiss the appeal. We also will issue our mandate immediately and
authorize the District Clerk of Travis County to release the cash deposit, as requested by the parties.

Before Chief Justice Carroll, Justices Aboussie and B. A. Smith

Appeal Dismissed on Appellant's Motion

Filed: June 26, 1997

Do Not Publish